NELLES *v.* BARTLETT, SUPERINTENDENT OF
PUBLIC INSTRUCTION OF MICHIGAN, ET AL.

No. 327. Decided October 9, 1967.

*S. James Clarkson* for appellant.

*Frank J. Kelley,* Attorney General of Michigan,
*Robert A. Derengoski,* Solicitor General, and *Eugene
Krasicky,* Assistant Attorney General, for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of jurisdiction. Treating the papers
whereon the appeal was taken as a petition for a writ of
certiorari, certiorari is denied.

WATSON, DBA MAINE-WIDE ADJUSTERS *v.* STATE
OF MAINE COMMISSIONER OF BANKING.

No. 332. Decided October 9, 1967.

*Sanford Jay Rosen, Marvin Karpatkin, Melvin L.
Wulf* and *Malcolm S. Stevenson* for appellant.

*James S. Erwin,* Attorney General of Maine, *George C.
West,* Deputy Attorney General, and *Jerome S. Matus,*
Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is
dismissed for want of a substantial federal question.